USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

STEPHEN GANNON, individually and on behalf of all others similarly situated,

                      Plaintiff,

-against-

327 GRAND STREET REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

                      Defendants.

------------------------------------------------------------X

22-CV-1217 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS an Initial Pretrial Conference is scheduled for August 12, 2022, at 10:00 a.m., *see* Dkt. 6;

    WHEREAS Defendants' deadline to answer, move, or otherwise respond to the complaint is stayed until the date of the Initial Pretrial Conference, *see* Dkt. 6; and

    WHEREAS on April 25, 2022, the Clerk of Court entered a Certificate of Default as to Defendant 327 Grand Street Realty Corp., Dkt. 9.

    IT IS HEREBY ORDERED that the Clerk of Court's Certificate of Default at docket entry 9 is vacated, as Defendant 327 Grand Street Realty Corp. is not in default.

    IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order on Defendants, and file proof of service, by no later than May 6, 2022.

**SO ORDERED.**

**Date:  April 27, 2022**
**         New York, New York**

                                        **VALERIE CAPRONI**
                                        **United States District Judge**