USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STEPHEN GANNON, individually and on : 
behalf of all others similarly situated, : 22-CV-1217 (VEC)
 :
                                     Plaintiff, : ORDER
                -against- :
 :
327 GRAND STREET REALTY CORP., JOHN :
DOE 1-X, persons yet unknown, Limited Liability :
Companies, Partnerships, Corporations 1-X, :
entities yet unknown, :
 :
                                 Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS an Initial Pretrial Conference is scheduled for August 12, 2022, at 10:00 a.m., *see* Dkt. 6;

       WHEREAS the parties were ordered to file a joint letter and a case management plan by no later than August 4, 2022, *see id.*, but failed to do so;

       WHEREAS on August 6, 2022, the Undersigned's chambers contacted Plaintiff's counsel by email reminding counsel that the materials were past due and directing that they be filed no later than August 8, 2022, or that Plaintiff inform the Court why the parties are unable to do so; and

       WHEREAS to-date, no materials have been filed on ECF, nor has Plaintiff's counsel responded to the above-referenced email;

       IT IS HEREBY ORDERED that the initial pretrial conference is ADJOURNED *sine die*.

       IT IS FURTHER ORDERED that Plaintiff's counsel must show cause for why sanctions should not be imposed for failing to comply with the Court's orders by no later than **August 16, 2022**.

IT IS FURTHER ORDERED that Defendants' deadline to answer, move, or otherwise respond to the complaint remains **August 12, 2022**, *see* Dkt. 6.

IT IS FURTHER ORDERED that Plaintiff must serve a copy of this Order on Defendants, and file proof of service, by no later than **August 11, 2022**.  The Court notes that Plaintiff's previous filing of proof of service, Dkt. 11, is insufficient, as the tracking numbers provided in the filing reflect that the mailings were never delivered.

**SO ORDERED.**

Date:  August 9, 2022
New York, New York

VALERIE CAPRONI
United States District Judge