USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
STEPHEN GANNON, individually and on behalf of all others similarly situated,

                                    Plaintiff,

-against-

327 GRAND STREET REALTY CORP., JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown,

                                      Defendants.
-------------------------------------------------------------- X

22-CV-1217 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      WHEREAS on March 4, 2022, Plaintiff timely served Defendant 327 Grand Street Realty Corp., Dkt. 5;

      WHEREAS Defendant's deadline to answer or otherwise respond to the Complaint was stayed until August 12, 2022, Dkt. 6; and

      WHEREAS Defendant has neither appeared nor answered;

      IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **September 9, 2022**.

**SO ORDERED.**

Date: August 19, 2022
       New York, New York

                                                          **VALERIE CAPRONI**
                                                        **United States District Judge**